**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD THELEN, | |
|     Plaintiff, | No. C 04-02696 JSW |
| v. | |
| JOANNE BARNHART, | **JUDGMENT** |
|     Defendant. | |

Pursuant to the Court's Order Granting Defendant's Cross-Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, Judgment is HEREBY ENTERED in favor of Defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 15, 2005

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE